IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RYAN G. S., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL NO. 3:20cv47 (MHL) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

## FINAL ORDER

This matter comes before the Court on the August 9, 2021 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 27.)  The R&R recommends vacating and remanding to the Commissioner because the Administrative Law Judge did not properly articulate their evaluation of Dr. Ramy Eid's opinion nor articulate the persuasiveness of Nurse Practitioner Renee G. Hammel's opinion.  No objections to the R&R have been filed and the time to do so has expired.

    Finding no error, the Court:

(1)    ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 27);

(2)    GRANTS Plaintiff's Motion for Summary Judgment, (ECF No. 21);

(3)    DENIES Defendant's Motion for Summary Judgment, (ECF No. 23);

(4)    VACATES and REMANDS the final decision of the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g); and,

    (5)    DIRECTS the Clerk to CLOSE this case.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                       /s/

                                            M. Hannah Lauck
                                            United States District Judge

Richmond, Virginia
Date: August 24, 2021